

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-17-00183-CR

STEPHANIE BEKENDAM                                                    APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

----------

## FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
## TRIAL COURT NO. 50166-A

----------

## MEMORANDUM OPINION[1]

----------

Appellant Stephanie Bekendam attempts to appeal from a judgment convicting her of driving while intoxicated–repetition. On June 16, 2017, we notified Bekendam of our concern that we may not have jurisdiction over this appeal because the notice of appeal was not timely filed—the trial court imposed her sentence on September 20, 2010, so her notice of appeal was due on

---

[1]See Tex. R. App. P. 47.4.

October 20, 2010, but was not filed until June 13, 2017. *See* Tex. R. App. P. 26.2(a)(1). We informed Bekendam that the appeal may be dismissed for want of jurisdiction unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3. Beckendam filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (explaining that if appeal is not timely perfected, court of appeals does not obtain jurisdiction over appeal and may take no action other than to dismiss appeal).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: July 27, 2017